# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ROBERT ANTHONY WALKER

## WARRANT FOR ARREST

CASE NUMBER: 00-6221-CR-WDF

**TO: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __ROBERT ANTHONY WALKER__
Name

### and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  |  | Information  |  | Complaint  |  | Order of court  |  | Violation Notice  |  | Probation Violation Petition

**charging him or her with** (brief description of offense) **knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. citizenship; and false oath,**

in violation of Title __18__ United States Code, Section(s) __1542, 911 & 1621__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

Signature of Issuing Officer

Aug 10, 2000 - Ft Lauderdale FL
Date and Location

Bail fixed at $25,000 Corporate Surety
bond with Nebbia

**BARRY S. SELTZER**
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



DEFENDANT'S NAME: ROBERT ANTHONY WALKER
ALIAS:

LAST KNOWN RESIDENCE: 4760 NW 24TH CT., APT. B-116, LAUDERDALE LAKES, FLORIDA

LAST KNOWN EMPLOYMENT: UNKNOWN

PLACE OF BIRTH: UNKNOWN

DATE OF BIRTH: 11/02/71

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6'2"   WEIGHT: UNKNOWN

SEX: MALE   RACE: BLACK

HAIR: BLACK   EYES: BLACK

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: UNKNOWN

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: US DEPARTMENT OF STATE   536-5781