## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ROBERT ANTHONY WALKER (J) | CASE NO: | 00-6221-CR-FERGUSON |
| AUSA: | ROGER POWELL  *yes* | ATTY: | Bernardo Lopez |
| AGENT: | USSD AGENT GILLIS | VIOL: | 18:1542, 911 & 1621 |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | $25,000 CSB w/Nebbia |

BOND HEARING HELD - yes / no

COUNSEL APPOINTED: To be assigned by: FPD

BOND SET @: 25,000 CSB w/Nebbia

FILED AUG 16 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of Charges
sworn for apptmt of counsel

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Spec cond to be set @ Nebbia

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 9-6 | 11 | Seltzer | |

DATE: 8-16-00  TIME: 11:00  FTL/LSS TAPE # 00 - 042  Begin 274  End

re-call 699 — 770