UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55437-004

UNITED STATES OF AMERICA )
          Plaintiff )  Case Number: CR 00-6221-CR WDF
                     )  REPORT COMMENCING CRIMINAL
  -vs-               )           ACTION
                     )
Robert Anthony Walker )
          Defendant

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court      (circle one)

FILED by DC AUG 16 2000 CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 08/16/00   8:30 (am) pm

(2) Language Spoken: English

(3) Offense(s) Charged: Passport Fraud  18 USC Title 1542

(4) U.S. Citizen  [ ] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 11/02/71

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00-6221-CR WDF

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES  [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: SA Chris Gillis

(10) Agency: Diplomatic Security Service   (11) Phone: _____

(12) Comments: _____