UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6221-CR-Ferguson

UNITED STATES OF AMERICA

vs

ROBERT ANTHONY WALKER

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 16, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____FEDERAL PUBLIC DEFENDER_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET:            $____25,000 CSB w/NEBBIA_____

Bond hearing held: yes_____ no_X__ Bond hearing set for_____

Dated this__16TH___day of __AUGUST_____,2000.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By:_____
                                   Deputy Clerk

                                Tape No.____00-042_____

cc: Copy for Judge
    U. S. Attorney