# United States District Court

SOUTHERN DISTRICT OF FLORIDA    498 486

UNITED STATES OF AMERICA

v.

ROBERT ANTHONY WALKER

## WARRANT FOR ARREST

CASE NUMBER: 00-6221-CR-WDF

**TO:** **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ROBERT ANTHONY WALKER
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment  |  | Information  |  | Complaint  |  | Order of court  |  | Violation Notice  |  | Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. citizenship; and false oath,

in violation of Title 18 United States Code, Section(s) 1542, 911 & 1621

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

Aug 10, 2000 - Ft. Lauderdale FL
Date and Location

Bail fixed at $25,000 Corporate Surety
bond - otu Nclobre

by **BARRY S. SELTZER**
**UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/11/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST | | Edward Purchase, SDUSM |
| 8/16/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest