UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6221-CR-WDF

v.

ROBERT ANTHONY WALKER

**MOTION FOR SUBSTITUTION OF COUNSEL**

_____/

COMES NOW, Defendant Robert Anthony Walker, by and through his undersigned counsel and pursuant to the Federal Rules of Criminal Procedure and files this Motion for Substitution of Counsel, and states as grounds the following:

1. The defendant, Robert Anthony Walker, was appointed counsel, Martin John Bidwill, Assistant Federal Public Defender, to represent him in the above styled case.

2. The defendant has retained private counsel, Carl H. Lida, Esquire, to represent him in this case.

3. Attorney Carl H. Lida is entering a Notice of Permanent Appearance in this case.

WHEREFORE, the defendant prays this honorable court will grant his Motion for Substitution of Counsel.

Respectfully submitted,

LAW OFFICES OF CAR H. LIDA, P.A.
Counsel for Defendant
8751 W. Broward Boulevard
Suite 305
Plantation, Florida 33324

By:_____
    CARL H. LIDA, ESQUIRE
    Florida Bar No. 200700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true copy of the foregoing was mailed on August 23, 2000, to: AFPD Martin John Bidwill, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301; and, ASUA Roger Powell, 500 E. Broward Blvd., 7th Fl., Fort Lauderdale, FL 33394.

By: _____
CARL H. LIDA, ESQUIRE