UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 00-6221-CR-WDF

v.

ROBERT ANTHONY WALKER,

    Defendant.
_____/

**NOTICE OF PERMANENT APPEARANCE FOR THE SOUTHERN DISTRICT OF FLORIDA ONLY**

NOTICE IS HEREBY GIVEN that CARL H. LIDA, ESQUIRE, of the Law Offices of Carl H. Lida, P.A., enters permanent appearance as counsel for Defendant ROBERT ANTHONY WALKER in this cause for all proceedings in the Southern District of Florida. This notice does not cover any proceedings in the Eleventh Circuit Court of Appeals or in any other collateral proceedings. The Clerk of this Court is requested to send copies of all court notices pertaining to this cause to the undersigned.

I HEREBY CERTIFY a true copy of the foregoing was mailed on August 23, 2000, to: AFPD Martin John Bidwill, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301; and, ASUA Roger Powell, 500 E. Broward Blvd., 7th Fl., Fort Lauderdale, FL 33394.

Respectfully submitted,

LAW OFFICES OF CAR H. LIDA, P.A.
Counsel for Defendant
8751 W. Broward Boulevard
Suite 305
Plantation, Florida 33324

By:_____
CARL H. LIDA, ESQUIRE
Florida Bar No. 200700