UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUG 2 5 2000

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 00-6221-CR-WDF

v.

ROBERT ANTHONY WALKER,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE, having come on to be considered on the defendant's Motion for Substitution of Counsel, and the court being fully apprised of the premises therein, it is hereby

ORDERED AND ADJUDGED:

1. The defendant's Motion for Substitution for Counsel is granted.
2. Attorney Carl H. Lida is substituted for AFPD Martin John Bidwill is this case.

DONE AND ORDERED in Fort Lauderdale, Florida on _Aug. 25, 2000_.

WILKIE D. FERGUSON, JR.
United States District Judge

Copies furnished to:
Carl H. Lida, Esq.
AFPD Martin John Bidwill
AUSA Roger Powell