UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6221-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT A. WALKER,

    Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Robert A. Walker, be terminated as the Defendant has retained Carl H. Lida, Esq., to represent him in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed on this 29 day of August, 2000, to Roger Powell, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Carl H. Lida, Esq., 8751 West Broward Boulevard, Florida 33324 and Robert A. Walker, Reg No. 55437-004, FDC Miami, P. O. Box 019120, Miami, Florida 33101-9120.

Robert N. Berube