DEFT: Robert Anthony Walker (no deft)     CASE NO: 00-6221-CR-Ferguson

AUSA: Roger Powell *present*     ATTNY: ~~IPD~~ Carl Lida

AGENT: _____     *not present*     VIOL: _____

PROCEEDING: Status Conference     BOND REC: D.C.

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

_____ BOND SET @ _____     FILED
SEP 6 2000
CLERENCE MADDOX
CLERK U.S. DIST. CT.
S.D. of FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or_____ x's a week/month by phone;_____ x's a week/month in person.

5) Random urine testing by Pretrial Services._____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House

_____ Electronic Monitoring _____

Atty. Lida cannot make today's hearing but called to say that he had rec'd discovery this morning, there are no pending motions and there's a possibility of a plea.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 9-6-00    TIME: 11:00am    TAPE # 00- 071    PG # 1
366-385

18