UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6221-Cr-FERGUSON

UNITED STATES OF AMERICA,

VS.

ROBERT ANTHONY WALKER,

    Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on September 6, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order. The Government further represented that the parties have reached a plea agreement in this matter.

2. Defense counsel informed the Court that he has received the Government's discovery response and that there are no motions currently pending. He further represented that a plea disposition is possible.

DATED at Fort Lauderdale, Florida this 6th day of September 2000.

                                             BARRY S. SELTZER
                                             United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Roger Powell, Esquire
Assistant United States Attorney

Carl Lida, Esquire
8181 West Broward Boulevard, Suite 300
Plantation, Florida 33324-2049
*Attorney for Defendant*