UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ANTHONY WALKER,

    Defendant.
_____/

CASE NO. 00-6221-CR-WDF

**AGREED MOTION TO CHANGE DEFENDANT'S ADDRESS**

Comes now Defendant Robert Walker by and through his undersigned counsel and pursuant to the Federal Rules of Criminal Procedure and files this agreed motion to change his address, and states as grounds the following:

1. It is necessary for the defendant to move from his present address to the following address: 4760 N.W. 24th Court, Apt. B116, Lauderdale Lakes, Florida 33313 (telephone number 954-735-1789).

2. AUSA Roger Powell has stated he has no objection to the defendant moving from his current address to the new residence listed above.

Wherefore, the defendant prays this honorable court will grant his motion to change his address.

    Respectfully submitted,

    LAW OFFICES OF CAR H. LIDA, P.A.
    Counsel for Defendant
    8751 W. Broward Boulevard
    Suite 305
    Plantation, Florida, 33324

    By:_____
        CARL H. LIDA, ESQUIRE
        Florida Bar No. 200700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true copy of the foregoing was mailed on September 20, 2000, to: ASUA Roger Powell, 500 E. Broward Blvd., 7th Fl., Fort Lauderdale, FL 33394.

By: _____
CARL H. LIDA, ESQUIRE