UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED SEP 28 2000

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROBERT ANTHONY WALKER,

    Defendant.

_____/

CASE NO. 00-6221-CR-WDF

**ORDER GRANTING
AGREED MOTION TO CHANGE
DEFENDANT'S ADDRESS**

This cause having come on to be considered on the Agreed Motion to Change Defendant's Address and the court being fully advised of the premises therein, it is hereby,

Ordered and adjudged:

1. The Agreed Motion to Change Defendant's Address is granted.

2. The defendant is allowed to move from his current address to the following address: 4760 N.W. 24th Court, Apt. B116, Lauderdale Lakes, Florida 33313 (telephone number 954-735-1789).

Done and ordered in Fort Lauderdale, Florida on Sept. 27, 2000.

_____
WILKIE D. FERGUSON
United States District Judge

Copies furnished to:
Carl H. Lida, Esquire
AUSA Roger Powell
U.S. Probation