SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6221-CR-WDF

DEFENDANT Robert Walker         JUDGE      WILKIE D. FERGUSON

Deputy Clerk   TROY T. WALKER         DATE  November 17, 2000

Court Reporter   Paul Haferling         USPO   Tracey Webb

AUSA  Mike Sletto for Roger Powell         Deft's Counsel  Carl Lida, Esq.

_____ COUNTS DISMISSED ___ All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited
_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE

Imprisonment    Years    ~~Months~~    Counts
                         25 days       2
                         time served

Supervised Release   2 yrs   see J & C for details.

Probation    Years    Months    Counts

Comments _____

Assessment $  100.00              Fine $  None

Restitution /Other _____

CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal
_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____