UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _00-6221-CR-Ferguson_

UNITED STATES OF AMERICA

vs

Robert Walker                    /

MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by _Hyacinth Newman_ in the amount of $_5,000.00_ plus any accrued interest be refunded to:

_____
(Payee and Mailing address for check)

The beneficiary's social security or tax identification number is as follows:

_Carl H. Lida_
(Name of Beneficiary)

_8751 W. Broward Blvd., #305_
(Address for mailing of Form 1099)

_Plantation_,  _FL_   _33324_
(City)           (State)    (Zip)

_59-1988756_
(SS or Tax Identification)

X_Hyacinth Newman_
(Petitioner or Attorney)

FILED by _____ D.C.
NOV 17 2000

Consented to by:
_/s/_
_____Assistant U. S. Attorney

O R D E R

In consideration of the foregoing motion, it is thereupon ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.
DONE AND ORDERED at _FT. LAUDERDALE_, Florida, this _17th_ day of _NOVEMBER_, 19__. 2000

_____
U.S. DISTRICT JUDGE

cc: U. S. Attorney
    Petitioner/Counsel of Record
    Financial Deputy Clerk