# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**ROBERT ANTHONY WALKER, (J) 55437-004**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06221-001**

**Roger Powell, AUSA / Carl Lida, Esq**
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **One of the Indictment**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1542 | False statement in application for a passport | 06/13/2000 | 1 |

The defendant is sentenced as provided in pages 2 through **6** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) **N/A**

☒ Count(s) **All Others** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **11/02/1971**
Defendant's USM No.: **55437-004**
Defendant's Residence Address:
**4760 N.W. 24th Court**
**Apt. B116**
**Lauderdale Lakes          FL     33313**

Defendant's Mailing Address:
**4760 N.W. 24th Court**
**Apt. B116**
**Lauderdale Lakes          FL     33313**

**11/17/2000**
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

**11/21/00**
Date

(OYER)





No further action required by the U.S. Marshals Service.

*James A Tassone*
UNITED STATES MARSHAL

Ed Murphy SDUSM