PROB 12C  
(SD/FL 9/96)  
SD/FL PACTS No. 65025

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Anthony Walker      Case Number: 00-6221-Cr-Ferguson(01)  
( True Name: Ralph Newman; aka: Colin James)

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Fort Lauderdale, FL

Date of Original Sentence: November 17, 2000

Original Offense:     False Statement in Application for a Passport, 18 U.S.C. §1542, a class C felony.

Original Sentence:     25 days Bureau of Prisons with credit for time served; 2 years supervised released; with special conditions.

Type of Supervision: Supervised Release      Date Supervision Commenced: November 17, 2000

Assistant U.S. Attorney:      Defense Attorney:  
Roger Powell      Carl Lida

## PETITIONING THE COURT

[X]   To issue a warrant  
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Conditions,** by failing to notify the probation officer of any change in residence. On or about January 21, 2001, the supervised releasee moved from his approved residence of 4760 NW 24th Court, Apt. B-116, Lauderdale Lakes, Florida, and his current whereabouts are unknown. |

PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65025

Name of Offender: Robert Anthony Walker    Case Number: 00-6221-Cr-Ferguson(01)

U.S. Probation Officer Recommendation:

    [X]    The term of supervision should be
    [ ]    revoked.
    [ ]    extended for _ years, for a total term of _ years.

    [ ]    The conditions of supervision should be modified as follows:

Respectfully submitted,

by

Roger S. McCoy
U.S. Probation Officer
Date: January 29, 2001

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

03/20/01

Date