# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs ROBERT ANTHONY WALKER

Docket No. 00-6221-CR-Ferguson
SD/FL PACTS No. 65025

TO:[1] ANY UNITED STATES MARSHAL OR ANY OTHER LAW ENFORCEMENT OFFICER

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Robert Anthony Walker | Male | Black | 29 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 4760 NW 24 Court, Apt. B116, Lauderdale Lakes, FL 33313 |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court | |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S. District Court, Ft. Lauderdale, FL |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | | MAR 22 2001 |

## RETURN

**Warrant received and executed.**

| DATE RECEIVED | DATE EXECUTED |
|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| |

| NAME | (BY) | DATE |
|---|---|---|

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
By: _____
Deputy Clerk
Date: 3/22/01

[1] Insert designation of officer to whom the warrant is issued. e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."